GAESS MEDIA CORPORATION v. BOROUGH OF
PARAMUS, ET AL.

October 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY, BY THE COMMISSIONER OF TRANS-
PORTATION v. HESS REALTY CORPORATION, ETC., ET AL.

October 24, 1988.

Petition for certification denied.   (See 226 *N.J.Super.* 256)

ORIN R. SMITH v. TOWNSHIP OF CHESTER
PLANNING BOARD.

October 24, 1988.

Petition for certification denied.

URSULA G. STEEL v. JAMES A. STEEL.

October 24, 1988.

Petition for certification denied.